Case 1:20-cr-00018-WLS-TQL   Document 99   Filed 04/21/21   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY/VALDOSTA DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET:  PLEA TO INFORMATION

Date:  4/21/2021      *Court Time for MJSTAR/JS10:/ 50 mins*

Judge:  W. LOUIS SANDS     Court Reporter: Mindy Martin
Interpreter:
Courtroom Deputy:  Gloria D. Anderson     Staff Attorney:

### Case Number:  1:20cr18 (001)  (WLS)

UNITED STATES OF AMERICA     AUSA:  Leah McEwen

v.

ERIC SHAWN MCWATERS     Counsel:  Alex Kaplan

Agents/Experts in Attendance:   GOODSON

---

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

- Participants identified  / Defendant sworn.
- Defendant oriented to time and place and found capable of entering an informed plea.
- The Court read **Count(s) 1 of the Superseding Information**.
- AUSA explained the elements of the offenses, as well as the range of possible penalties.
- The Court reviewed waiver of rights with Defendant.
- Defendant acknowledged understanding and acceptance of the Plea Agreement. Defendant pled GUILTY to **Count(s)  1 of the Superseding Information**.
- AUSA read the stipulation of facts contained in the Plea Agreement and Defendant acknowledged the truthfulness of the same.
- The Court finds Defendant fully competent and capable of entering an informed plea.
- The plea of guilty is therefore accepted.
- **Plea Agreement, Waiver of Indictment, Superseding Information** and **Change of Plea** were signed and filed with the Clerk.
    The Court  Revoked the Defendant's Bond and the defendant is remanded to the custody of the U.S. Marshal, as required by statute, and shall remain in custody pending sentencing.

The Court denied as moot the pending Motion to Suppress (Doc.53) due to Change of Plea.

**SENTENCING DATE:       7/22/2021    @ 3:00 P.M.**